AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
### Eastern Division

JOHN W. FERRON,

        Plaintiff,

                                          **JUDGMENT IN A CIVIL CASE**

vs.

                                          **CASE NO.  C2-08-846**

ZOOMEGO, INC., et al.,                 **JUDGE EDMUND A. SARGUS, JR.**

                                          **MAGISTRATE JUDGE TERENCE P. KEMP**

        Defendants.

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

        **Pursuant to the Opinion and Order filed November 22, 2010, JUDGMENT is hereby entered in favor of Defendants.  This case is DISMISSED.**

Date: November 22, 2010                JAMES BONINI, CLERK

                           */S/ Andy F. Quisumbing*
                           (By) Andy F. Quisumbing
                            Courtroom Deputy Clerk